# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                                      CRIMINAL. NO. 1:15CR98-A-S

MUHAMMAD ODA DAKHILALLA,
JAELYN DELSHAUN YOUNG                                   DEFENDANTS

## ENTRY OF APPEARANCE

    Please take notice that Dennis C. Sweet III and the law firm of Sweet & Associates, P. A., 158 East Pascagoula Street, Jackson, Mississippi 39201 hereby enter their appearance as counsel of record for the Defendant Jaelyn Delshaun Young.

    Dated: September 25, 2015.

                                                   Respectfully submitted:

                                                   SWEET & ASSOCIATES, P. A.

                                                   BY:/s/Dennis C. Sweet, III
                                                   Dennis C. Sweet, III

OF COUNSEL:

Dennis C. Sweet, III (MSB # 8105)
Dennis C. Sweet, IV (MSB# 103009)
Terris C. Harris, J.D., LL.M. (MSB 99433)
SWEET & ASSOCIATES
158 East Pascagoula, Street
Jackson, MS 39201
(601) 965-8700 (Telephone)
(601) 965-8719 (Fax)

## CERTIFICATE OF SERVICE

  I, the undersigned attorney of record for the Defendant, do hereby certify that a true copy of the foregoing has been filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

  Dated: September 25, 2015

                **/s/Dennis C. Sweet, III**
                Dennis C. Sweet, III