AO 245B (Rev. 12/03) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: Jaelyn Delshaun Young
CASE NUMBER: 1:15CR00098-002

RECEIVED
OCT 04 2016
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

One Hundred Forty-Four (144) months on Count 1 of the Indictment.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  09-28-16  to  FCI Tallahassee
a  Tallahassee, FL  , with a certified copy of this judgment.

                T. A. Jones, Warden
                ~~UNITED STATES MARSHAL~~

By _____ CSC
                ~~DEPUTY UNITED STATES MARSHAL~~